FRANK BUSSHART, Respondent, v. ORANGE COUNTY MILK ASSOCIATION, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Dowling and Page, JJ., dissented.

THE BROOKFIELD CONSTRUCTION COMPANY, INC., Respondent, v. FRANK R. CORDLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to amend on payment of costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JAMES P. FOGARTY, Respondent, v. JACOB RUPPERT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANFRED BROBERG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, for a Determination as to the Manner in which East Two Hundred and Thirty-eighth Street, between Webster and Bullard Avenues, Shall Be Carried across the Tracks of the NEW YORK AND HARLEM RAILROAD COMPANY, Appellant, Leased to and Operated by the NEW YORK CENTRAL RAILROAD COMPANY, and the Tracks of the NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant. PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, Respondent.— Determination and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ALLISON ORTS, Respondent, v. JAMES BUTLER, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BENJAMIN SOLOMON, an Infant, etc., Appellant, v. MICHAEL M. WATERHOUSE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FLORA SMITH, Appellant, v. MORTIMER C. ADDOMS, Respondent.— Judgment reversed, new trial ordered, costs to appellant to abide event, on the ground that a *prima facie* case was presented, and, therefore, the dismissal at the close of the plaintiff's case was error. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

RICHARD M. DORSEY, Respondent, v. HOULDER, WEIR & BOYD, Appellant.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.